# United States Court of Appeals
## For the First Circuit

No. 07-2414

UNITED STATES OF AMERICA,

Appellee,

v.

KAREN L. SICHER,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 14, 2009, is amended as follows:

On page 3, line 1 of footnote 2, "practice was 'special place'" should be replaced with "practice was a 'special place'"

On page 13, line 17, "defendant's requested a downward departure" should be replaced with "defendant's requested downward departure"

On page 21, line 16, "over time which such that" should be replaced with "over time such that"